1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

9  BRUD ROSSMANN,

10                         Plaintiff,           CASE NO. C17-1785-RSL

11       v.
                                                REPORT AND RECOMMENDATION
12  ELAINE DUKE, et al.,

13                         Defendants.

14

15                    INTRODUCITON AND SUMMARY CONCLUSION

16       Plaintiff Brud Rossman submitted a motion to proceed *in forma pauperis* (IFP) in this civil

17  matter. (Dkt. 1.) By letter dated November 29, 2017, the Court noted plaintiff had not submitted

18  the proper IFP form. (Dkt. 2.) The Court provided the proper IFP form and stated that, if a

19  response to the Court's deficiency letter was not received by December 29, 2017, the action may

20  be subject to dismissal. On December 12, 2017, the IFP deficiency letter sent to plaintiff was

21  returned to the Court as undeliverable, with a notation indicating delivery was "attempted – not

22  known", and the United States Postal Service was "unable to forward." (Dkt. 4.)

23       Pursuant to Local Civil Rule (LCR) 41(b)(2), plaintiff is required to keep the Court and

REPORT AND RECOMMENDATION
PAGE - 1

opposing parties advised as to his current address.  "If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . ., and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing . . . address, the court may dismiss the action without prejudice for failure to prosecute."  LCR 41(b)(2).

In this case, more than sixty days have elapsed since the Court's IFP deficiency letter was returned as undeliverable on December 12, 2017.  Plaintiff has not advised the Court of his current address.  Given the time elapsed, and plaintiff's failure to keep the Court apprised of his current mailing address, the Court recommends dismissal of this action without prejudice for failure to prosecute.  A proposed Order accompanies this Report and Recommendation.

## OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 9, 2018**.

DATED this 16th day of February, 2018.

Mary Alice Theiler
United States Magistrate Judge