# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BURD ROSSMANN,

    Plaintiff,

    v.

ELAINE DUKE, et al.,

    Defendants.

Case No. C17-1785RSL

ORDER TO SHOW CAUSE

On February 16, 2018, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued his Report and Recommendation in the above-captioned matter. The Report and Recommendation was mailed to plaintiff, but was returned unopened on February 26, 2018, as plaintiff apparently no longer resides at the address on file with the Court.

The Clerk of Court is directed to strike the Report and Recommendation from the Court's motion calendar and to note a "Rule 41 dismissal proceeding" on the calendar for May 4, 2018. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 1st day of March, 2018.

                              /s/ Robert S. Lasnik
                              Robert S. Lasnik
                              United States District Judge

ORDER TO SHOW CAUSE - 1